AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| WEYLIN OLLIE RODRIGUEZ aka "Rico," PRIA GUNN, TATUJUANA JOYE | CASE NUMBER: 8:11MJ1469 TBM |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. In or about December 2010, in the Middle District of Florida, defendant(s) did,

> Conspire to engage in sex trafficking of a minor, Engage in sex trafficking of a minor and aided and abetted the sex trafficking of a minor and Possessed a firearm in furtherance of a crime of violence (Rodriguez only).

in violation of Title 18, United States Code, Section(s) 1594(c), 1591(a)(1) and (2), and 924(c).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

_____
Signature of Complainant
Michael R. Victor

Sworn to before me and subscribed in my presence,

September 19, 2011                    at        Tampa, Florida

Thomas B. McCoun, III
United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

## **AFFIDAVIT**

I, Michael R. Victor depose and state as follows:

1.  I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been so assigned for more than 2 years. Your Affiant is a duly sworn authorized and appointed police officer with the City of Tampa Police Department since February 13, 1989. Your Affiant has attended a five hundred and fifty two (552) hour police academy, of which a segment was directed at narcotics investigations. Your Affiant has attended a forty (40) hour training course sponsored by the Florida Criminal Justice Standards and Training Commission involving narcotics identification and narcotics investigation. Your Affiant has completed a forty (40) hour course sponsored by the United States Department of Justice, dealing with surveillance and Drug Enforcement given by members of the Drug Enforcement Administration. Your Affiant has been involved in numerous investigations concerning racketeering investigations, which culminated in the arrest(s) of numerous individuals for prostitution related law violations.

2.  As a TFO with the FBI, your Affiant is a federal law enforcement officer as described in Title 18, United States Code, Section 2510(7). As such, your Affiant has authority to investigate and enforce violations of federal law. I have been directly involved in federal investigations and have assisted other agents in conducting investigations, including but not limited to joint, interagency investigations.

3.     In my investigative experience, I have conducted and participated in numerous investigations of criminal activity.  Specifically, I have investigated the sexual exploitation of children including domestic minor sex trafficking or "child prostitution." During the investigation of these cases, I have participated in the execution of numerous search warrants, seized evidence of such violations, made arrests and interviewed defendants and witnesses.

4.     I have learned the following information in my official capacity, by first hand observations, as well as by receiving information from federal and local law enforcement in reference to the investigation of Weylin Ollie RODRIGUEZ, Pria GUNN, and Tatujana JOYE for federal criminal violations.

5.     Your Affiant submits this affidavit in support of a Criminal Complaint charging Weylin Ollie RODRIGUEZ, Pria GUNN, and Tatujana JOYE, with violations of Title 18, United States Code, Sections 1594(c), 1591(a)(1) and (2), and 924(c) (Rodriguez only), conspiracy to engage in sex trafficking of a minor, sex trafficking of a minor, and aiding and abetting sex trafficking of a minor, and possession of a firearm in furtherance of a crime of violence respectively.

6.     This affidavit is being submitted for the limited purpose of establishing probable cause.  Therefore, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Weylin Ollie RODRIGUEZ, Pria GUNN, and Tatujana JOYE committed violations of 18 U.S.C. §§ 1594(c), 1591(a)(1) and (2), and 924(c)(Rodriguez only).

## DEFINITION OF TERMS PERTAINING TO CHILD PROSTITUTION

7.   Based on training and knowledge, and the experience of other law enforcement personnel involved in this investigation, your Affiant knows the following:

a)   "Bottom Girl" is the street term for a woman who sits atop the hierarchy of prostitutes working for a particular pimp. A bottom girl is usually the prostitute who has been with the pimp the longest and consistently makes the most money. Being the bottom girl gives the prostitute status and power over the other women working for the pimp; however, the bottom girl also bears many responsibilities. In <u>U.S. v. Pipkins</u>, 378 F.3d 1281 (11th Cir. 2004), the Eleventh Circuit described the bottom girl's duties as "work[ing] the track in [her pimp's] stead, running interference for and collecting money from the pimp's other prostitutes, [and] look[ing] after the pimp's affairs if the pimp was out of town, incarcerated, or otherwise unavailable." The terms "wife" or "wife-in-law" are also interchangeable for "Bottom Girl."

b)   "Johns" are the customers of prostitutes. The slang term is used among both prostitutes and law enforcement to identify persons who solicit prostitutes.

c)   "Tricks" is a street term that has dual meaning. It can be used to identify a person who solicits a prostitute, making it synonymous with the term "John." It is also used to describe a sexual encounter between a prostitute and a John. The latter is the context in which "trick" is used for the purposes of this affidavit.

d)   "Strip" or "Track" are the street terms used that refer to a location where a prostitute will work in an attempt to find customers or "Johns."

e)   "Game" is a street term that is used to refer to being involved in prostitution related activities.

## PROBABLE CAUSE

8.  In late January, 2011, your Affiant was informed about an alleged kidnapping of a 15 year old girl from Tampa, Florida, in the Middle District of Florida.

9.  On or about February 4, 2011, the minor, identified as C.G. date of birth August 17, 1995, was interviewed in reference to the kidnapping allegations. C.G. stated the following: On or about December 17, 2010 (Friday), C.G. was with friends in Ybor City, Tampa. The group met a black male named "Rico." The following afternoon, C.G. stated that she and a friend went back to Ybor City. Later that afternoon, C.G. was separated from her friend and began to look for her. She ran into "Rico" who offered her a ride home. C.G. stated that she accepted the ride and asked him to stop at a location to pick up her stuff before going home. "Rico" agreed and drove C.G. to pick up her belongings.

10. C.G. stated that on the way to pick up her belongings, "Rico" stopped and picked up an unidentified female. All three of them then drove to pick up C.G.'s stuff. Once C.G. had her belongings she returned to the car and they left. "Rico" started to drive in the wrong direction from C.G.'s house. C.G. told "Rico" that he was going the wrong way. "Rico" replied: "We are going to Orlando" and told her to shut up. C.G. stated that she became scared and argued with "Rico," and told him to take her home. At that point, C.G. advised that she observed the unidentified female grab a handgun from under the passenger seat and hand it to "Rico." She became extremely scared at this point and decided to be quiet. According to C.G., "Rico" was driving a newer silver Chrysler 300. On the way to Orlando, they stopped one more time at the Hard Rock casino in Tampa, Florida, where "Rico" picked up three additional girls.

11. C.G. stated that "Rico" drove all of them to the Knights Inn hotel on Orange Blossom Trail in Orlando, Florida. "Rico" took C.G.'s cell phone and all of her belongings. C.G. reported that "Rico" took her to room 111 where several other girls were staying. C.G. was told by one of the other girls that "Rico" had three hotel rooms in that hotel and a total of 13 girls who worked for him. At that time, C.G. realized that these girls were prostituting for "Rico." C.G. reported that "Rico" told her that if she "Made enough money" he would take her home. He never, however, gave her an amount which would have been "enough money." Initially, C.G. did not cooperate with Rico and refused to prostitute. C.G. advised that "Rico" became extremely angry and told her that if she continued to refuse him, he was going to "Ship her ass to California."

12. C.G. advised that shortly after she arrived at the hotel, she observed "Rico" pick up two of his girls and take them from the hotel. She did not know where he was taking them but she knew the girls were underage. She knew this because she had spoken to them. She never saw either one of these girls again.

13. C.G. stated that on the second day (Sunday), at approximately 8 a.m., "Rico" moved her and some of the other girls to the Safar Inn which was also located on Orange Blossom Trail in Orlando, Florida. One of the girls who went with them was named Pria. According to C.G., Pria was one of "Rico's" "main girls." Pria would not let any of the other girls leave the hotel rooms and even kept them inside by sliding furniture up against the door.

14. C.G. reported that "Rico" pulled all the phone cables out of the wall in the hotel room so nobody could use the phone. The only person who had a cell phone was

Pria. "Rico" told Pria not to let C.G. out of the hotel because she was not cooperating. She was not even allowed to go to the bathroom by herself.

15.     According to C.G., "Rico" told her that she was going to go out and work the strip that night. She started crying and he told her to "shut up" and "quit her bitch ass crying" or he would have to "beat it out her." C.G. stated that she was truly scared for her life as "Rico" would carry a black handgun in his pants so all the girls could see it.

16.     C.G. stated that she did not fight him the second night and agreed to go out on the strip and work. C.G. was standing on the strip when a Hispanic male pulled up and started talking to her. She got in the car and they drove off. C.G. advised that the male instantly knew that something was wrong and asked C.G. if everything was ok. He told her that she did not belong out there working on the strip. C.G. told him what happened and he allowed C.G. to call her mom. C.G. stated that they arranged for her mother to meet them at a Shell gas station in Apopka, Florida, in the Middle District of Florida.

17.     C.G. was shown a photo lineup and asked to identify the individual she knew as "Pria." She identified "Pria" as Pria Marie GUNN, black female, date of birth December 11, 1991.

18.     Records for the Knights Inn hotel from December 16, 2010, until December 20, 2010, revealed that room 111 was rented by Pria GUNN. Records for the Safar Inn hotel from December 20, 2010, until December 21, 2010, revealed that room 205 was rented by Pria GUNN. Both hotels provided a copy of Pria GUNN's

Florida driver's license which identified this Pria GUNN as the same Pria GUNN who was identified by juvenile victim #1, C.G.

19.     On April 26, 2011, C.G. was shown a photo lineup consisting of photographs of six black males. C.G. was advised to look at all the pictures and identify the individual she knew as "Rico." Seconds into looking at the lineup, C.G. pointed to photograph number 4 and identified the individual in photograph number 4 as "Rico." It should be noted photograph number 4 is of Weylin Ollie RODRIGUEZ, date of birth October 4, 1984.

20.     On June 2, 2011, C.G. was shown a photograph of Tatjuana JOYE, date of birth December 31, 1989. C.G. advised that this was one of the black females who was with "Rico" when she was taken from Tampa to Orlando. C.G. identified JOYE as the female who took the handgun from under the front passenger seat of the vehicle and handed it to Weylin Ollie RODRIGUEZ.

21.     On-going investigation has revealed three additional minor victims being prostituted by RODRIGUEZ, GUNN and JOYE. Victim #2, date of birth April 18, 1995, hereinafter "D.B." stated that she was prostituted by RODRIGUEZ, JOYE and GUNN from on or about November of 2010, until on or about January of 2011. During the time that she worked as a prostitute for RODRIGUEZ, JOYE and GUNN, she was 15 years of age. While working for RODRIGUEZ, JOYE AND GUNN, D.B. was forced by RODRIGUEZ to get a tattoo on her buttocks that read "Rico Rozey" and included four dollars signs around the writing.

22.     Victim #3, date of birth February 5, 1993, hereinafter "E.F." stated that she was prostituted by RODRIGUEZ, JOYE and GUNN from on or about November of

2010, until on or about February of 2011. During the time that she worked as a prostitute for RODRIGUEZ, JOYE and GUNN, she was 17 years of age. E.F. advised law enforcement that JOYE transported her to a hotel on International Drive, in Orlando, Florida, for the purpose of engaging in prostitution services. E.F. also stated that JOYE told her that her name was "Lucy Lu" and she now worked for "Rico."

23. Victim #4, date of birth September 25, 1993, hereinafter "R.R." stated that she was prostituted by RODRIGUEZ during January of 2010. During the time that she worked as a prostitute for RODRIGUEZ she was 16 years of age.

25. D.B., E.F. and R.R. all reported that they were transported by RODRIGUEZ from Florida to North Carolina for the purposes of prostitution.

26. On or about April 11, 2011, law enforcement conducted a search of Facebook.com for user "Rico Suavi." Your Affiant located a profile that matched the description of Weylin RODRIGUEZ, aka "Rico", aka "Rico Rozey", aka "Rico Suavi." Law enforcement screen captured the user's profile and the user's wall (the page where the user can post comments and/or photographs). The contents of the "Rico Suavi" Facebook page contained numerous images and posts which, based upon my training and experience, appear to be associated with prostitution. The user referenced "G.M.B" in several of his posts. Based upon interviews of victims, and information provided by other law enforcement personnel, your Affiant believes G.M.B. stands for "Get Money Bitches." The following are examples of exact quotes which were posted by the user of the Facebook page under the name Rico Suavi:

> 4/11/2011 @ 1:35 pm – "Skipping to Daytona to teach a bitch the game with no tuition"

4/11/2011 @ 1:33 pm – "I'm not a senior, but sence I'm teaching bitches the game I might as well skip too. Daytona here I come Rico Rozey is back bitches!"

4/9/2011 @ 3:17 pm – Picture posted of Rico with a wad of cash in his mouth

4/7/2011 @ 10:52 am – "$$ I'm tired of these ho's giving a nigga ten thousand problems and two hundred dollars $$ and wondering why they don't get no attention$$"

3/30/2011 @ 9:00 pm – "Rozey getting money out here…who next to get money $$$$" Attached to this post was a photograph of the left butt cheek of victim D.B. (juvenile victim #3). This photograph was the picture of the tattoo which read "Rico Rozey" surrounded by dollar signs.

3/23/2011 @ 9:05 pm – "*just made it to tampa and ready to get this bread"

3/17/2011 @ 6:31 pm – "got this new bitc*h that get loose in tight situation$$"

27. At the bottom of RODRIGUEZ's Facebook profile page was a link to a website - http://www.stri8beauty.escort-site.com. The escort site contained a page that had numerous photographs of escorts. Most of these photographs were of female escorts. Contained on another page was a list of "Services that I provide to my clients" with a list of available sexual services including, but not limited to, anal sex, oral sex and threesomes.

28. Listed on the escort website was the contact address stri8beauty@gmail.com. Subscriber information for email address stri8beauty@gmail.com resolves back to Tatjuana JOYE. The activation date was identified as April 12, 2010.

## CONCLUSION

29. Based upon the foregoing facts, your Affiant submits that there is probable cause to believe that Weylin RODRIGUEZ, Pria GUNN, and Tatjuana JOYE committed violations of Title 18, United States Code, Sections 1594(c), 1591(a)(1) and (2), and 924(c)(Rodriguez only).

30. It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Application, including the Complaint, Affidavit, and Arrest Warrant. Sealing is necessary because disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

Further, your affiant sayeth naught.

_____
Michael R. Victor
Federal Bureau of Investigation

Sworn and subscribed before me this

19 day of September 2011

_____
THOMAS B. MCCOUN, III
United States Magistrate Judge