# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs

WEYLIN O. RODRIGUEZ

Case Number. 8:12-cr-136-T-35AEP
USM Number: 56319-018

Alec Fitzgerald Hall, AFPD

## JUDGMENT IN A CRIMINAL CASE

*The defendant was found guilty to Counts One, Two, Four, Five, Six, Seven, Eight, Nine, Ten, of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:*

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 1591 (a)(1) and (a)(2) and §1594 (c) | Conspiracy to engage in sex trafficking of a minor and/or adult by means of force, threats of force, fraud and/or coercion. | May 2011 | One |
| 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), and (b)(2), and § 2 | Sex trafficking of a minor by means of force, threats of force, fraud and/or coercion. | December 2010 | Two |
| 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), and (b)(2), and § 2 | Sex trafficking of a minor by means of force, threats of force, fraud and/or coercion. | January 2011 | Four |
| 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), and (b)(2), and § 2 | Sex trafficking of a minor by means of force, threats of force, fraud and/or coercion. | January 2011 | Five |
| 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), and (b)(2), and § 2 | Sex trafficking of an adult by means of force, threats of force, fraud and/or coercion. | May 2011 | Six |
| 18 U.S.C. § 924 (c)(1)(A) and §2 | Possession of a firearm in furtherance of a crime of violence. | May 2011 | Seven |
| 18 U.S.C. §§ 2423 (a) and §2 | Transporting minors with the intent that the minors engage in prostitution. | January 2011 | Eight |
| 18 U.S.C. §§ 2422(a) and §2 | Persuading, inducing, and enticing an individual to travel in interstate commerce to engage in prostitution. | May 2011 | Nine |
| 18 U.S.C. §§ 922 (g)(1) and §924(a)(2) | Felon in possession of a firearm. | May 2011 | Ten |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty as to Count Three of the Indictment.

FILED

13 JUL 17 AM 9:19

AO 245B (Rev. 4/09) Judgment in a Criminal Case



**WEYLIN O. RODRIGUEZ**
**8:12-cr-136-T-35AEP**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

March 22, 2013

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

March 27, 2013

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____ Deputy Clerk

2013 JUL 16 AM 9: 11
MIDDLE DIST. OF FLORIDA
TAMPA
RECEIVED
U.S. MARSHAL

WEYLIN O. RODRIGUEZ
8:12-cr-136-T-35AEP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **LIFE IMPRISONMENT** as to Counts One, Two, Four, Five, Six and Eight of the Indictment; **TWO HUNDRED AND FORTY (240)** Months as to Count Nine of the Indictment; and **ONE HUNDRED AND TWENTY (120)** Months as to Count Ten of the Indictment, such terms to run concurrently. **SIXTY (60)** Months as to Count Seven of the Indictment, to run consecutively to all other counts.

The Defendant shall not have any contact with any of the victims identified in this case or any victims claimed and/or identified by the Government. The Government shall provide a list of all the victims to defense counsel. The Defendant shall not have any contact with co-defendant Tatjuana Joye or their son, absent an order from the Court.

The Court recommends to the Bureau of Prisons that the defendant serve his term of imprisonment at FCI Jesup or in the alternative a facility in North Carolina.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___7-9-13___ to ___USP/[illegible]___

at ___[illegible] Milk UW___, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case

WEYLIN O. RODRIGUEZ
8:12-cr-136-T-35AEP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **LIFE** as to Counts **Two, Four, Five, Six, Eight and Nine of the Indictment; SIXTY (60) Months as to Counts One and Seven; and THIRTY-SIX (36) Months as to Count Ten of the Indictment, all such terms to run concurrently.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons. The defendant shall not commit another federal, state or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

*The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.*

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;

2. the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. the defendant shall support his or her dependents and meet other family responsibilities;

5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 4/09) Judgment in a Criminal Case

WEYLIN O. RODRIGUEZ
8:12-cr-136-T-35AEP

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer base on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

3. The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visit, is employed, carries on a vocation, or is a student, as directed by your probation officer.

4. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct you to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

5. The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

6. The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

7. The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system. The defendant shall permit routine inspection of your computer system, hard drives, and other medial storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

8. The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

9. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

WEYLIN O. RODRIGUEZ
8:12-cr-136-T-35AEP

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $900.00 | waived | n/a |

## SCHEDULE OF PAYMENTS

Special assessment shall be paid in full and is due immediately.

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture, that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 4/09) Judgment in a Criminal Case